UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
HARBOR HOUSE OWNERS CORP.,                                    :
                                        Plaintiff,            :
                                                              :   19 Civ. 819 (LGS)
            -against-                                         :
                                                              :   ORDER
ADMIRAL INDEMNITY COMPANY,                                    :
                                        Defendant.            :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS the parties attended a telephonic discovery conference. It is hereby

**ORDERED** that, by **March 12, 2020**, the parties shall file a joint letter stating dates for the remaining depositions (including deponent name and the party noticing the deposition), and any other remaining discovery dates, including any dates applicable to experts, all consistent with the current deadline for the completion of all discovery. It is further

**ORDERED** that Plaintiff shall provide Defendant with an amended privilege log no later than **March 20, 2020**. Defendant may file a letter on the docket no later than **March 25, 2020**, identifying ten documents for the Court's review, if Defendant believes that Plaintiff's documents are improperly withheld or that the log is otherwise problematic. If Defendant files such a letter, Plaintiff shall, by **March 26, 2020**, file under seal on the docket for the Court's eyes only (i.e. *ex parte* and *in camera*) the ten documents for the Court's review; and by **March 27, 2020,** shall publicly file a letter explaining the assertion of privilege as to each document. It is further

**ORDERED** that a discovery conference will be held on **April 2, 2020, at 10:40 A.M.**

Dated: March 5, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE