UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARBOR HOUSE OWNERS CORP., <br><br> Plaintiff, <br><br> -against- <br><br> ADMIRAL INDEMNITY COMPANY, <br><br> Defendants. | 19 Civ. 819 <br><br> ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, on March 5, 2020, a discovery conference was set for April 2, 2020, at 10:40 A.M. ECF 48. It is hereby

**ORDERED** that the April 2, 2020, discovery conference is cancelled.

Dated: March 30, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE