UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARBOR HOSUE OWNERS CORP., <br><br>                                Plaintiff <br><br> - against - <br><br> ADMIRAL INDEMNITY COMPANY, <br><br>                                Defendant. | 19Civ. 819 <br><br> ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, on April 27, 2020, Defendant filed a letter objecting to Plaintiff's amended privilege log. The letter identified ten documents for the Court to review *in camera*. ECF 56;

WHEREAS, on April 28, 2020, Plaintiff submitted the ten documents to the Court for *in camera* review. ECF 59. On April 30, 2020, Plaintiff submitted a letter replying to Defendant's objections. ECF 60;

WHEREAS, on May 11, 2020, the Court directed Plaintiff to file on the docket excerpts from the amended privilege log. ECF 62. It is hereby

**ORDERED** that the parties shall attend a telephonic conference on **May 15, 2020, at 10:30 A.M.**, to discuss Defendant's objections to the amended privilege log. The parties shall call (888) 363-4749 and use Access Code 558-3333.

Dated: May 12, 2020
        New York, New York

                                                        _____
                                                        LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE