UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARBOR HOSUE OWNERS CORP., <br><br> Plaintiff <br><br> - against - <br><br> ADMIRAL INDEMNITY COMPANY, <br><br> Defendant. | 19 Civ. 819 <br><br> ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, a telephonic conference was held on May 15, 2020, to address Plaintiff's first amended privilege log. *See* ECF 56, 60. The Court discussed the ten documents that Plaintiff submitted to the Court for *in camera* review. *See* ECF 64. It is hereby

**ORDERED** that Plaintiff shall, by **May 22, 2020**, produce Document Nos. 1, 2, 5, 6, 7 and 9 in full. At the same time, Plaintiff shall produce Document Nos. 3, 8 and 10 with the privileged materials redacted. In lieu of producing Document No. 1, Plaintiff may submit additional law or evidence to establish that the email in question is an attorney-client communication made for the purpose of giving or receiving legal advice. It is further

**ORDERED** that by **May 22, 2020**, Plaintiff shall produce the documents that it described as non-responsive but that were listed on the original privilege log and removed from the first amended privilege log. It is further

**ORDERED** that by **May 22, 2020**, Plaintiff shall provide to Defendant a list the attorneys who have an attorney-client relationship with Defendant. Plaintiff shall produce the engagement letters associated with each attorney-client relationship. It is further

**ORDERED** that by **May 22, 2020**, Defendant shall provide Plaintiff a list of names of the individuals on the amended privilege log for whom Defendant needs identification. Plaintiff

shall, by **May 29, 2020**, identify these individuals with sufficient information for Defendant to assess the privilege log assertions.  It is further

**ORDERED** that Plaintiff shall, by **June 5, 2020**, provide Defendant a second amended privilege log that addresses the deficiencies raised at the May 15, conference.  Defendant may, by **June 10, 2020**, file a letter with the Court that identifies ten documents for the Court to review *in camera*.  Plaintiff shall, no later than **June 17, 2020**, email to Chambers the ten documents for the Court to review *in camera* and file a letter on ECF that explains the basis for the privilege of these materials.  Plaintiff shall also file a copy of the entries in the second amended privilege log for those documents.

Plaintiff is reminded that the second amended privilege log must be accurate, must include sufficient information for Defendant to evaluate Plaintiff's privilege assertions, and must describe each individual email in a document   Documents that contain only some privileged information shall be produced with redactions, and the privilege log shall reflect the basis for the redaction.

Dated: May 15, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE